Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>    vs.<br><br>AGM PARTNESHIP, LP, et al.,<br><br>    Defendants. | No.  2:12-cv-00160-LKK-AC<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants AGM Partnership, LP and Richard Allen Cherney dba Main Street Café ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: April 19, 2013                                MOORE LAW FIRM, P.C.


                                                    /s/Tanya E. Moore
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff Robert Kalani

///

*Kalani v. AGM Partnership, LP, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

Date: April 18, 2013                                     VAUGHAN & ASSOCIATES

                                    /s/ Cris C. Vaughan
                                    Cris C. Vaughan
                                    Attorneys for Defendants AGM Partnership, LP
                                    and Richard Allen Cherney dba Main Street Café

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated:  April 19, 2013.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Kalani v. AGM Partnership, LP, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2